**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br><br> Wilfredo Rodriguez, <br><br> Debtor | Chapter 13 <br><br> Bankruptcy No. 21-11144-amc |

**Withdrawal of Appearance**

To the Clerk of Court:

Please withdraw my appearance as counsel for the Debtor in this matter.

Date: November 18, 2024                            JENSEN BAGNATO, P.C.
                                                   Outgoing Counsel for Debtor

                                                   By: /s/ Erik B. Jensen
                                                       Erik B. Jensen, Esquire
                                                       Attorney ID #40330
                                                       1500 Walnut Street, Suite 1510
                                                       Philadelphia, PA 19102
                                                       215-546-4700
                                                       erik@jensenbagnatolaw.com

**Entry of Appearance**

To the Clerk of Court:

Please enter my appearance as counsel for the Debtor in this matter.

Date: November 18, 2024                            CIBIK LAW, P.C.
                                                   Counsel for Debtor

                                                   By: /s/ Michael A. Cibik
                                                       Michael A. Cibik, Esquire
                                                       Attorney ID #23110
                                                       1500 Walnut Street, Suite 900
                                                       Philadelphia, PA 19102
                                                       215-735-1060
                                                       cibik@cibiklaw.com