UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WITHDRAWAL OF<br>APPEARANCES BY MATTHEW<br>FISSEL IN VARIOUS OPEN CASES<br>AND ENTRY OF APPEARANCE OF<br>ANDREW SPIVACK IN VARIOUS<br>OPEN CASES | Miscellaneous No. |

**NOTICE OF SUBSTITUTION AND NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING MULTIPLE CASES LISTED ON THE ATTACHED LIST OF CASES**

NOW COME Movants, Matthew Fissel and Andrew Spivack of Brock and Scott, PLLC, and gives NOTICE that Andrew Spivack hereby is substituted as counsel, and makes an appearance, pursuant to Bankruptcy Rule 9010 and makes its appearance in the attached list of cases and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
PABKR@brockandscott.com

Please take notice that Andrew Spivack hereby appears as counsel in place of Matthew Fissel in the attached list of cases pursuant to Bankruptcy Rule 9010(b).

With authority given by prior counsel, this gives notice that Matthew Fissel withdraws from the attached list of cases.

RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
844-856-6646
704-369-0760
PABKR@brockandscott.com

Consented to by:

/s/ Matthew Fissel
Matthew Fissel, Esquire