**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | WILFREDO RODRIGUEZ |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 21-11144-AMC |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** QUICKEN LOANS INC

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6 0 8 9

**Property Address:** 4135 O STREET
Number    Street

Philadelphia    PA    19124
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

### Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ -0-

### Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West
Signature

Date: 03/10/2026

Trustee: Kenneth E. West
First Name    Middle Name    Last Name

Address: 190 N. Independence Mall West, Suite 701
Number    Street

Philadelphia        PA    19106
City            State    ZIP Code

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

| Debtor 1 | **WILFREDO RODRIGUEZ** | | |
|---|---|---|---|
| | Name | Case Number **21-11144-AMC** | Page 1 |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |