United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                    Case No. 21-11144-amc

Wilfredo Rodriguez                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2026 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfredo Rodriguez, 4135 O Street, Philadelphia, PA 19124-5346 |
| 14602377 | + | Tdrcs/toshiba, 1000 Macarthur Bv, Mahwah, NJ 07430-2035 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 11 2026 00:22:26 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2026 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14602360 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 11 2026 00:22:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14616485 | | Email/Text: megan.harper@phila.gov | Mar 11 2026 00:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14602361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2026 00:34:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14602362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2026 00:34:31 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14602363 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2026 00:34:37 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14602364 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 00:34:37 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14619879 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 00:34:37 | Citibank, N.A, 1000 Technology Drive, MS504, OFallon MO 63368-2239 |
| 14619746 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 00:34:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14602365 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 00:34:26 | Citibank/RadioShack, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14602366 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 00:34:32 | Citibankna, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 14602367 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 11 2026 00:34:26 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14605997 | | Email/Text: mrdiscen@discover.com | | |

District/off: 0313-2            User: admin            Page 2 of 3

Date Rcvd: Mar 10, 2026            Form ID: 138OBJ            Total Noticed: 33

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 11 2026 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14602368 | + | Email/Text: mrdiscen@discover.com | Mar 11 2026 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14804440 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 00:34:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14785125 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 00:34:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14614406 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 00:34:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14602369 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 11 2026 00:22:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14602370 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2026 00:22:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14602371 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 11 2026 00:22:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14615004 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 11 2026 00:22:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14843247 | + | Email/Text: EBN@brockandscott.com | Mar 11 2026 00:22:00 | Rocket Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14843248 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 11 2026 00:22:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |
| 14843525 | + | Email/Text: EBN@brockandscott.com | Mar 11 2026 00:22:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k, c/o Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14602373 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2026 00:34:37 | Syncb/Music, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14602375 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2026 00:34:37 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14602374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2026 00:34:31 | Syncb/Paypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14602372 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2026 00:34:26 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14617281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2026 00:34:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14602376 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2026 00:34:31 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14843526 | *+ | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |
| 14604048 | ##+ | Quicken Loans, LLC Formerly Known As (FKA) Quicken, c/o Michael John Clark, Richard M. Squire & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEFFREY M. CARBINO | on behalf of Debtor Wilfredo Rodriguez jcarbinolaw@outlook.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Wilfredo Rodriguez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@pincuslaw.com, brausch@pincuslaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Quicken Loans  LLC Formerly Known As (FKA) Quicken Loans INC. mclark@pincuslaw.com, brausch@pincuslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 51 – 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Wilfredo Rodriguez | ) | Case No. 21–11144–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 10, 2026

For The Court

Mohung Wong
Clerk of Court