United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-11144-amc

Wilfredo Rodriguez                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Wilfredo Rodriguez, 4135 O Street, Philadelphia, PA 19124-5346

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:

**Name                          Email Address**

ANDREW L. SPIVACK
                on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
                andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEFFREY M. CARBINO
                on behalf of Debtor Wilfredo Rodriguez jcarbinolaw@outlook.com

KENNETH E. WEST
                ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
                on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com,
                cistewart@logs.com;LOGSECF@logs.com

MICHAEL A. CIBIK
                on behalf of Debtor Wilfredo Rodriguez help@cibiklaw.com
                noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 21, 2026 | Form ID: 195 | Total Noticed: 1

MICHAEL JOHN CLARK

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@pincuslaw.com, brausch@pincuslaw.com

MICHAEL JOHN CLARK

on behalf of Creditor Quicken Loans  LLC Formerly Known As (FKA) Quicken Loans INC. mclark@pincuslaw.com, brausch@pincuslaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                      : Chapter 13


Wilfredo Rodriguez                                          : Case No. 21–11144–amc
          Debtor(s)


### *ORDER*
_____


    AND NOW, this day , May 20, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                   By The Court

                   Ashely M. Chan
                   Chief Judge, United States Bankruptcy Court


Form 195